Zoom-In    Zoom-Out

Home > Search > Case Search

## Case Details - GD-23-013180

**Hackney etal vs Allegheny County etal**

**Filing Date:**
11/16/2023

**Filing Time:**
03:29:27

**Related Cases:**

**Consolidated Cases:**

**Judge:**
No Judge

**Amount In Dispute:**
$ 0

**Case Type:**
Other Tort

**Court Type:**
General Docket

**Current Status:**
Complaint to Join Additional Defendants

**Jury Requested:**
Y

### ▬ Parties Count : 12

--Litigants--

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|
| Hackney | Lauren | | Plaintiff | | -- | Margaret S. Coleman |
| Hackney | Andrew | | Plaintiff | | -- | Margaret S. Coleman |
| Veselicky | Michelle | | Defendant | | -- | Frances M Liebenguth |
| Reed | Jenna | | Defendant | | -- | Frances M Liebenguth |
| Hart | Sarah | | Defendant | | -- | Frances M Liebenguth |
| Fine | Linda | | Defendant | | -- | Frances M Liebenguth |
| Allegheny County | | | Defendant | 300 Fort Pitt Commons Building 445 Fort Pitt Boulevard Pittsburgh PA 15219 | -- | Frances M Liebenguth |
| Haney | Michele | | Additional Defendant | | -- | -- |
| Embar | Emma | | Additional Defendant | | -- | -- |
| Anderson-Rhones | Monica | | Additional Defendant | | -- | -- |

Top

Showing 1 to 10 of 10 rows

--Attorney--

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Coleman | Margaret | S. | Plaintiff's Attorney | 116 Boulevard of the Allies Pittsburgh PA 15222 | 4122324400 |

**Exhibit C**

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Liebenguth | Frances | M | Attorney | | -- |

Showing 1 to 2 of 2 rows

| --Non Litigants-- | Search |
|---|---|
| No matching records found | |

**− Docket Entries Count : 8**

| Filing Date | Docket Type | Docket Text | Filing Party | Redacted Document |
|---|---|---|---|---|
| 3/1/2024 | Complaint to Join Additional Defendants | Adding Additional Defendant's Michele Haney, Emma Embar and Monica Anderson-Rhones. | Lauren Hackney | Document 8 |
| 3/1/2024 | Complaint | | Lauren Hackney | Document 7 |
| 2/2/2024 | Notice of Intention | | Allegheny County | Document 6 |
| 1/22/2024 | Acceptance of Service | Filed on Behalf of Plaintiff, ANDREW and LAUREN HACKNEY | Andrew Hackney | Document 5 |
| 1/12/2024 | Praecipe for Appearance | | Frances Liebenguth M | Document 4 |
| 12/21/2023 | Praecipe for Rule to File Complaint | | Allegheny County | Document 3 |
| 12/21/2023 | Praecipe for Appearance | | Frances Liebenguth M | Document 2 |
| 11/16/2023 | Praecipe for Writ of Summons | | Andrew Hackney | Document 1 |

Showing 1 to 8 of 8 rows

**− Event Schedule Count : 0**

No matching records found

**− Services Count : 0Complete Service History**

No matching records found

**Exhibit C**