IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW AND LAUREN HACKNEY, | CIVIL DIVISION |
| Plaintiffs, | |
| v. | 2:24-cv-00472 |
| ALLEGHENY COUNTY et al., | |
| Defendants. | |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of DEFENDANTS' CONSENT MOTION TO CONSOLIDATE DEADLINES FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. It is further ORDERED that the consolidated deadline for Defendants to file a responsive pleading to Plaintiffs' Complaint is July 1, 2024.

BY THE COURT:

_____, J